IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
RECEIVED DIVISION

_Montgomery County Sheriff's_
_Department_
_Timothy Wade Rhodes_
Plaintiff(s),

v.

_Montgomery County Sheriff's_
_Department_

Defendant(s).

)
)
)
)
)
)
)
)
)

2008 JAN -2 A 10: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT,
MIDDLE DIST. ALA. CIVIL ACTION NO.

2:08 CV 0004 - MEF

## COMPLAINT

1. Plaintiff(s)' address and telephone number: _617 Durward Dr., Montg., Al. 36117_
_334) 396-0296   396-0296_
_334) 462-9437   669-4808_

2. Name and address of defendant(s): _Montgomery County Sheriff's Dept._
_115 S. Perry St._
_Montg., Al. 36104_

3. Place of alleged violation of civil rights: _Montg. County Courthouse_

4. Date of alleged violation of civil rights: _Can't remember even the year, either 2001 or 2002_

5. State the facts on which you base your allegation that your constitutional rights have been violated: _The fact of this issue is: I was ordered by Sgt. Hayes with the M.C.S.D in 2001 or 2002 to register as a "sex offender" and complied; since, I learned that this particular law relating to this registration was not active on the books or an effective addendum until Oct. 1, 2005! Note: It was Sgt. Hayes who also ordered me to register with the city--- with this I also complied. I learned of this law (Alabama Code Title 15-Chapter 20) while trying to disassociate the "city" conviction and the addendum (13A-11-200) in the process these (as to their relation) (with)_

1

of submitting a Pardon Request to the Mayor.

6.    Relief requested: I wish that I could be removed from the system as a "sex offender", with city + county. I am currently in the process of submitting a "Pardon Request" to the Mayor for his consideration. I would like to enclose this "Pardon Request" with it's contents to "The United States District Court For The Middle District of Alabama" as to "shed light", hopefully, on this issue. Since not being able to come to terms with Sheriff Marshall, and if law applies, I am seeking a total sum of $18,000,000.00 for evictions, lost job opportunities, mental anguish ~~for all these factors~~ (provided/furnished as needed.) ~~NO LEGAL NOSTRUM OFFERED - PLEASE!~~

Date: 12-20-2007

Timothy, Wade Rhodes
Timothy Wade Rhodes
Plaintiff(s) Signature

2

December 24, 2007

To:  The Honorable Bobby Bright
103 N. Perry Street
Montgomery, Alabama 36104

From:  Timothy Wade Rhodes
617 Durward Dr.
Montgomery, Alabama 36117

2 Enclosures

Pg. 1

My Dear Mayor Bright:

Please allow me this opportunity to re-submit a "Pardon Request" in my own behalf that was declined by Your Honor, according to the enclosure #1 sent via Your Honor's legal department, for the convictions of Indecent Exposure; which, pursuant to Alabama Code Title 15-Chapter 20 < 13A-6-68 < 13A-11-200, require notification of sex offender status and sex offender registration.

Along with the original character letters submitted as part of my first "Pardon Request," this re-submission includes the following: ① The "Pardon Request" form itself, ② the Alabama Department of Public Safety criminal background check, and ③ the Montgomery Circuit Court records.

Since the Montgomery Circuit Court records do not include the Complaintants' statements (due to water damage, as I understand), I would like to also submit a personal description of each Indecent Exposure charge and conviction on the reverse side of the "charges listed"; which I feel would be not only beneficial to Your Honor's decision, but also necessary.

Pg. 2

If Alabama Code 13A-11-200(referenced in the introductory paragraph) applies to my previously-dated convictions, and if Your Honor is still hesitant to accord a pardon after reviewing the contents of this re-submission; then I would humbly ask Your Honor to consider granting a re-duction of these charges; whereby I would hope to have my name completely removed from the system as a "sex offender".

May God guide you in this and all decisions you must make as Mayor of our city.

Notary: Valencia Foster

Valencia Foster

MY COMMISSION EXPIRES MAY 24, 2010

Sincerely:

Timothy W. Rhodes

P.S. Immediately following the contents of this "Pardon Request" re-submission will be another reference to the "Descriptive" on the reverse side of the "charges listed," reinforcing why I feel more of the Indecent Exposure charges apply to the latest addendum of Alabama Code Title 15 - Chapter 20 and, also, a "presumption of law"; and, a personal, informative 2nd enclosure.

# WALTER R. BYARS
C I T Y   A T T O R N E Y
wbyars@ci.montgomery.al.us
tdavis@ci.montgomery.al.us

**KIMBERLY O. FEHL**
SENIOR STAFF ATTORNEY
kfehl@ci.montgomery.al.us

**WALLACE D. MILLS**
STAFF ATTORNEY
wmills@ci.montgomery.al.us

## MICHAEL D. BOYLE
ASSOCIATE ATTORNEY
mboyle@ci.montgomery.al.us

June 14, 2006

Honorable Andrew Skier
505 South Perry Street
Montgomery, Alabama  36104

Re:     *Timothy Rhodes*

Dear Andrew:

The Mayor has considered your client's request for a pardon, but, unfortunately, has declined it at this time.

If you have any questions or require additional information, please let me know.

With best regards, I remain

Sincerely yours,

Kimberly O. Fehl
Staff Attorney

KOF/dp

*Character Letters* # 1



**MONTGOMERY AREA MENTAL HEALTH AUTHORITY**
101 COLISEUM BOULEVARD, P.O. BOX 3223
MONTGOMERY, ALABAMA 36109

(334) 279-7830

SERVING MONTGOMERY, ELMORE,
AUTAUGA AND LOWNDES COUNTIES

BARBARA KORNEGAY
President

WILLIAM T. WRIGHT
Executive Director

**January 12, 2006**

**TO WHOM IT MAY CONCERN:**

**Mr. Rhodes has been a patient at the Montgomery Area Mental Health Authority, where I am employed, since 1984. The mental illness for which he receives treatment is characterized by impulsive and reckless behavior, decrease in ability to exercise good judgement, excessive talking, increased motor activity and sometimes grandiose thinking. Medication is very effective in controlling these symptoms but if the medications are decreased or stopped, the patient will experience an increase in symptoms. It is my belief that Tim was not taking his medication or was improperly medicated at the time when he engaged in unlawful behavior. Throughout the years that I have known him, I have never observed any antisocial traits in his personality.**

**Based on my personal and professional knowledge of Tim, I believe that the granting of a pardon is highly appropriate.**

**He remains in treatment and is compliant.**

**Sincerely,**

*Jo Ann Radcliff, LPC Montg Co Dir*

**Jo Ann Radcliff, LPC**
**Montgomery County Director**

*UPDATE:*

*New Treatment Facility: Behavioral Medicine*
*6324 Woodmere Blvd.*
*Montg, Al. 36117*
*(334) 272-3889    Fax (334) 272-4089*



679 Durward Drive
Montgomery, Alabama
November 14, 05

Dear Mayor Bright:

My name is Willa Rhodes, Tim's mother. Please listen to my heart as one
Christian to another as I try to explain my son, Tim to you.

When Tim was born, we were so very happy. We had a wonderful daughter,
Jennifer and a son, Tim. I knew in the beginning they were not our children,
only that God had loaned them to us for awhile. So, that is the reason they were
Christened and given back to Him.

I always did my best to be a good mother and always taught them to love and
respect everyone, especially the Lord.

I am not saying that Tim is perfect Mayor Bright but I am saying he loves and is
loved by so many people.

Tim goes out of his way to help the elderly, taking them to the doctor and so much more
good too numerous to tell it all.

His dad and I have been married 53 years and have had a happy life together with
our children and now that we are much older and with so many health problems, Tim
is all too willing to be in our lives and help us.

Tim is a registered voter and votes- so am I. I also work the polls and help with
community services as much as possible.

Mayor Bright, the one wish I have is that all this bad stuff could be removed- before I
leave this earth to make that beautiful cross over or better still, be caught up in the
rapture. I also work with the prayer ministry at Eastmont Baptist Church in
Montgomery.



I pray you can find it in your heart to give Tim a pardon.  Tim has never harmed anyone except himself at one point and time in his life.

I pray that God gives you the right choice, and I also pray God's blessings on you and your wonderful family you love as I love mine.

Thank you for taking the time to read this from your heart, and I pray God's will be done in all our lives.


Sincerely, Your Sister In Christ

Willa Rhodes

*Willa Rhodes*

#3

November 15, 2005

To The Honorable Bobby Bright:

My name is Janice Bryant and I have been a close personal friend of Tim Rhodes for 40 years. We grew up in the same neighborhood until we moved away and left them in Ridgecrest. We stayed in touch and when I had my two children, he was a godfather to them.

The older we got, the closer we became. He has gone to school and held jobs to make something of himself. He has been a part of my children's lives all these years, and now is godfather to their children. He would not have been so involved in their lives only because of who he is.

He is a good decent man and a very dependable friend. It would be a good decision to clear Tim of all these charges that have followed him all these years.


Sincerely,

Janice Bryant

Janice Bryant



8242 Parkview Court

Dear Mayor Bright:

I have known Timothy Rhodes for 10 years. He is a fine Christian man and a good friend. Timothy is kind and generous. He is the type of person to help anyone in need. When I came here I did not know my way around and Timothy would drive me to the doctor and has drove me to the airport several times.

I had a leg injury and was in Cedar Crest and Rehabilitation Center and when I came home, Timothy stayed with me night and day until my sister could get here from Mobile.

I am 76 years old and I am very proud to call Timothy my friend.


Thank you,

Mary Langard

Mary Langard


8242 Parkview Court
Montgomery, Alabama

#5

## Elmore County Board of Education

November 18, 05

203 Hill Street
P.O. Box 817
Wetumpka, Alabama 36092

Jeffery E. Langham
Superintendent

Vicki W. Owen
Chief Financial Officer

Telephone: (334) 567-1200
Fax: (334) 567-1405
www.elmoreco.com

**BOARD MEMBERS**
Johnny Carothers, Chairman
Ray Stringer, Vice Chairman
Pres Allinder
Kitty Graham
Mary Ann McDonald
Robert Sims
Larry Teel

Dear Mayor Bright:

My name is Jennifer Rhodes Nixon, sister of Tim Rhodes. First of all, I would

like to thank you for this opportunity to write to you on his behalf.

Tim and I grew up together. There is only 16 months different in our age,

with me being the oldest. We had a good childhood, and Tim had many opportunities

when he graduated from high school; but he got involved with people where bad

judgements were made. This influence turned him in another direction (like life does

To almost everyone at some point). But with love and concern from his family and new-

sought friends, his life has changed remarkably. He is a Christian man with a deep

spiritual conviction. He is also very caring and involved with our aged parents who

depend on him for many different things. However, due to his situation with his past,

it has kept him from being successful in the workforce and being a productive part of

society.

Tim was such a big part of my daughter Stephanie's life until she passed away 3 years

ago. She was brain damaged at child birth and was diagnosed with severe cerebal palsy.

She could not speak or walk and was totally dependent on others for care. Tim was

always ready to help. He had a beautiful relationship with her until the end.

When I was employed with the City of Montgomery, Therapeutic Recreation Center

as Assistant Director for 13 years, he helped me tremendously with my daughter. He has

a lot of patience and love for all people. Presently, I am employed with Elmore County

#5A

Board of Education /State Vocational Rehabilitation, and my husband and I have

been licensed foster parents.  During the past nine years, I have meet many people

with different disabilities, including mental retardation, mental illness, etc.  I work with

Special education students into transitioning services from high school to post

secondary education.  I am also on the Advisory Board of Mental Health and Mental

Retardation with the State of Alabama.  I have a strong conviction and concern for

people who are disadvantaged in areas where they need assistance  and especially

support from those who can make a difference.  That is why I believe everyone needs a

second chance to prove themselves.

Tim is a remarkable person.  He is loving, caring, responsible, and of course, my brother.

I am asking you, Mayor Bright, to please give him an opportunity to excel in the future

so he does not always have to cling to his past.  Again, thank you for your time and

consideration.

Respectfully,

Jennifer Rhodes Nixon



January 18, 2006

Dear Honorable Bobby Bright:

As godmother to Tim Rhodes for the past 40 years, I would like to express my opinion and state some facts about Tim's misdemeanor record with our "fair city".

Firstly, as a widow of a State Trooper since 1982 (when my husband was killed after 30 years of service with the State of AL.), I understand how important it is to pay fines and to keep court appearances; and I know for a fact that Tim has never failed to meet his responsibilities with our legal system, and has never failed to pay or appear for any offence with which he has been charged.

He has been raised responsibly and has always been active and concerned in my life along with my two children an their families over all these years.

While Tim's family and I have discussed whether to step into Tim's life during his early adulthood, we all decided to allow Tim the opportunity to discover for himself his own convictions and which decisions he should make in the course of a lifetime; and, as the old
saying goes:  "God is always on time".

Tim has come to me many times over the recent years expressing how he wished he could go
back to work and retire his 77 year old, cancer-stricken father who has worked at Reinhardt
Motors for the past 40 years, and where he is now still employed.

Especially on Tim's behalf and because of a 30-year past of confusing, vicious, and less than
upright elements that he has endured, I have no hesitation in asking you, Your Honor, to please
help our Tim along his newly found path of reality.

May God guide you in this, and all of the decisions you must make each day as Mayor of our
great City.

Respectfully,

*Hazel Bryant*

Hazel Bryant

5961 Ralston Way
Montgomery, Al.    36116



November 18, 05

Honorable Bobby Bright

Dear Honorable Bobby Bright:

I am writing this letter and praying for the words and phrases to attempt to explain my need for

your help during this critical time of my life.


As a graduate of Sidney Lanier High School (Valedictorian, 1976), I did not immediately seek any

other form of higher education; but, instead, decided to go where my life and newly-found

acquaintances would lead me.

As hindsight would have it, naturally, this road led to several misdemeanor convictions with our

City (not to mention a life that would seem to prove totally dependent upon the generosity of my

family).

I would like to say; however, your Honor, that as a white Christian, middle-aged man now; I harbor

no grudges or ill-feelings towards any ~~and~~ or all persons in my past who may have been instilling in me

A sense of false security and hope as to the quality of life that I might possibly have attained.

While living on Mt. Meigs Rd. in Montgomery, Al. several years ago, I applied for a pistol permit to     *2001-2003*

protect myself and my home.  A Sgt. Hayes called my home several days later and said they needed

more information and that I should go back down to the County.

While complying with his request and upon arriving back at the County, Sgt. Hayes informed me that

that there were new laws and I would have to register as a "sex offender".

It has been this assassination on my character that has proven to hinder my efforts in finding

employment and also obtaining affordable housing (not to mention how it has affected my state of

wellness as a mental health patient in our city for the past 20 years).

In closing may I say that if I had but one plea to request in the period of a lifetime, it would be that this

"label" was not affixed to my name; and may God guide, guard, and direct you and your heart,

conscience, and senses along with your family, career, and ever thing you hold dear in your

life, also ,



Respectfully yours,

Timothy W. Rhodes

Timothy Wade Rhodes



## PARDON REQUEST

Pursuant to Alabama Code §12-14-15, the Mayor may pardon a criminal conviction in Municipal Court. Please 1) complete the form below, 2) submit a criminal background check performed by the Alabama Department of Public Safety, and 3) submit copies of all Municipal Court and/or Montgomery Circuit Court records concerning the criminal conviction sought to be pardoned.

Name:  **Timothy Wade Rhodes**                *Updated Address:* 617 Durward Dr.

Address:  **6112 A Eden East Drive, Montgomery, AL  36117**    *Montg, AL 36117*

Date of Birth: _____ ████ █████ _____

S.S. N. _____ ███████ _____

Employment History (for last ten years): _____

✗ *Address at the time: Mt. Meigs Rd.*
**Approx 2001-2002:  Demonstrator, Sam's Club**
✗ *Address at the time: Eastdale Oaks Apts. - 425 N. Burbank,*
**Approx. 1999-2001:  Cashier, Quick-Serve** *City, 36117*
✗ *Address at the time: Hilltop Arms Apts. - Montgomery St.*
**Approx 1996-1999:  Desk Clerk, Capitol Inn**

Marital Status: _____ **Single**

Children: _____ **None**

Education: _____ **Two years college**

Offense:  **-- see attached --**

Date of Offense: **Various, 1981-1992**

Your Age at the Time of the Offense:  **Approx 23- Approx 34**

#2

```
                              ALABAMA DEPARTMENT OF PUBLIC SAFETY
                              ABI IDENTIFICATION UNIT
                              PO BOX 1511
                              MONTGOMERY AL   36102-1511
```

```
To:      RECORD CHECK ON PREMISES        Release Date: 01-30-2006
         ABI                             SID Number  : 00853296
         MONTGOMERY AL   36104           FBI Number  : _____
                                         Requestor # : 435

Attention: RECORD CHECK ON PREMISES      Subj: RHODES, TIMOTHY W

_____                            SSN : ███████████
```

============================ RESULTS OF ABI SEARCH ============================

The following information contains the results of inquiry request 2006-01-1485
made on 01-30-2006 concerning the above named subject.

```
         FURNISHED HEREWITH
              copy (copies) of RECORD of subject.
```

CERTIFIED COPY
OF
ABI DOCUMENT

```
         WARNING!  THE USE OF THIS RECORD AND ATTACHED INFORMATION
         IS REGULATED BY LAW AND IS PROVIDED FOR OFFICIAL USE ONLY.
         IT MAY BE USED FOR THE PURPOSE REQUESTED AND MAY NOT BE
         RE-DISSEMINATED TO ANOTHER INDIVIDUAL OR AGENCY.
                                             TFX0144
```

```
                    ALABAMA  DEPARTMENT  OF  PUBLIC  SAFETY
*                        ABI  IDENTIFICATION  UNIT                        *
*                                                                         *
*                                                                         *
*      ***************  RESULTS  OF  ABI  SEARCH  ***************          *
*                                                                         *
*NAME                         STATE ID NO.   FBI ID NO.  REPORT DATE*
*RHODES         TIMOTHY    W   AL-00853296                01/30/06    *
*SEX RACE  BIRTH DATE   HEIGHT   WEIGHT   EYES HAIR   BIRTH PLACE         *
*M    W    05/12/58    5-11    180     BRO  BLK    ALABAMA               *
*SOCIAL SECURITY  FPC-HENRY         SCARS-MARKS-TATT                      *
*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      13 M 1 R OII 13   SC FACE                               *
*                 S 1 U III                                               *
*ALIAS NAMES                                                              *
*RHODES         TIM                                                       *
*FILE NUMBER     BIRTH DATES   SOCIAL SECURITY    OCCUPATION              *
*00853296                                         DISABLED                *
*************************************************************************
*ARREST-01    07/23/1984                                                  *
*  AGENCY-MONTGOMERY PD COMMUNICATIO ORI(AL0030100)                       *
*  LOCAL CASE # 213021        NAME USED-RHODES          TIMOTHY           *
*    CHARGE 01 DRIVING UNDER INFLUENCE LIQUOR-                            *
*    DISP-CONVICTED                  DATE OF DISP-08/21/84                *
*       OFFENSE DRIVING UNDER INFLUENCE LIQUOR-                           *
                                                              PAGE =
```

CERTIFIED COPY
OF
ABI DOCUMENT

```
*           SENTENCE- SUSPEND : 10D                                      *
*           OTHER COURT PROVISIONS - FINE:$250                           *
***************************************************************************   #2B
*ARREST-02      11/05/1986                              1st Offense  *
*  AGENCY-MONTGOMERY PD COMMUNICATIO ORI(AL0030100)                      *
*  LOCAL CASE # 47918            NAME USED-RHODES        TIMOTHY  *
*    CHARGE 01 INDECENT EXPOSURE-                                        *
*     DISP-CONVICTED                   DATE OF DISP-02/19/87             *
*        OFFENSE INDECENT EXPOSURE-                                      *
*        SENTENCE- SUSPEND : 60D                                         *
***************************************************************************
*ARREST-03      07/02/1987                              2nd offense  *
*  AGENCY-MONTGOMERY PD COMMUNICATIO ORI(AL0030100)                      *
*  LOCAL CASE # 41918            NAME USED-RHODES        TIMOTHY  *
*    CHARGE 01 INDECENT EXPOSURE-                                        *
*     DISP-CONVICTED LESS OFN            DATE OF DISP-08/07/87           *
*        OFFENSE PUBLIC PEACE-PUBLIC LEWDNESS                            *
*        SENTENCE- CONFINE : 90D                                         *
***************************************************************************
*ARREST-04      09/03/1987                                          *
*  AGENCY-MONTGOMERY PD COMMUNICATIO ORI(AL0030100)                      *
*  LOCAL CASE # 226110           NAME USED-RHODES        TIMOTHY  *
*    CHARGE 01 DRIVING UNDER INFLUENCE LIQUOR-                           *
                                                              PAGE =
```

```
*    DISP-CONVICTED                      DATE OF DISP-10/01/87    *
*      OFFENSE DRIVING UNDER INFLUENCE LIQUOR-                    *
*        SENTENCE- SUSPEND : 10D                                 *
*        OTHER COURT PROVISIONS - FINE:$500                      *
*****************************************************************
*ARREST-05    08/17/1992                                         *
*   AGENCY-MONTGOMERY PD COMMUNICATIO ORI(AL0030100)             *
*    LOCAL CASE # 12664           NAME USED-RHODES     TIMOTHY   *
*      CHARGE 01 INDECENT EXPOSURE-                              *
*        DISP-CONVICTED                  DATE OF DISP-10/02/92   *
*          OFFENSE INDECENT EXPOSURE-                            *
*          SENTENCE- SUSPEND : 30D                               *
*          OTHER COURT PROVISIONS - FINE:$200                    *
*RECORD ENTERED 03/26/81                                         *
*RECORD UPDATED 07/24/01                                         *
*END OF SUMMARY                                                  *
*BASED ON SID NUMBER ONLY                                        *
*                                                                *
*WARNING! THE USE OF THIS RECORD AND ATTACHED INFORMATION        *
*IS REGULATED BY LAW AND IS PROVIDED FOR OFFICIAL USE            *
*ONLY. IT MAY BE USED FOR THE PURPOSE REQUESTED AND MAY          *
*NOT BE RE-DISSEMINATED TO ANOTHER INDIVIDUAL OR AGENCY.         *

                                                PAGE =
```

SEE DESCRIPTIVE REFERENCE ON BACK FOR DETAILS & CIRCUMSTANCES

#3

3-17-81

① Public Lewd      ∘ no disp

MONTGOMERY POLICE DEPARTMENT
CRIMINAL RECORDS DIVISION
I.D. CLERK: _____
DATE: 5-30

9-15-81

② Dest of Prop     ∘ no disp

7-23-84

③ DUI             ∘ $251.00 + 10 days both susp

6-6-85

④ Harass          ∘ $ 88.00

CHARGE(S) LISTED IS THE ONLY
INFORMATION AVAILABLE TO THE
CRIMINAL RECORDS SECTION.

3-25-86

⑤ Harass          ∘ $88.00          1st offense

11-05-86

⑥ Indecent exp    ∘ Jail sent susp

12-31-86

⑦ DC              ∘ 60 days jail susp

2-14-87

⑧ Harass          ∘ no disp

7-2-87

    DC            ∘ Jail sent 90 days appealed (probation)
    Harass        ∘ 90 days          2nd offense
⑨ Indecent exp    ∘ 90 days jail

8-19-87

⑩ Harass          ∘ Jail sent 30 days

9-03-87

⑪ DUI             ∘ $500.00          3rd offense

8-12-92

    I.E.          ∘ Fine + Jail sentence
                    suspended

CHARGE(S) LISTED IS THE ONL
INFORMATION AVAILABLE TO

(1) I was ... behind a dumpster at a local convenience store. Police drew their weapons
   Lawyer: Mr. Frank Riggs — reduced from Indecent Exposure

(2) Destruction of Property: Domestic-related. Busted my own T.V. (bought + paid for) on the drive of my Parent's home. Neighbor called Police. NO DISP

(3) D.U.I.: Guilty as Charged.

(4) Harassment: Probably domestic-related.

(5) Harassment: Domestic or Neighbor-related.

(6) Indecent Exposure = 1st Conviction
   Oak Park Arrest: Relieving myself sexually in the restroom + heard someone enter. Stated: "I'll be out shortly!" Black male enters the urinal room + identifies himself as a Ranger, & sees ~~me in the Act of masterbation~~ my erect penis.

(7) Disorderly Conduct: Neighbors got tired, evidently, of my beer drinking on our property (started off in back yard only, and then escalated to front yard beer drinking.) ~~Not Correct Time Served~~

(8) Harassment: Positively Domestic-related (or else, the No Disp would not have been noted)

(9) 1st & only multiple charge arrest:
   Indecent Exposure: 2nd Conviction
   Neighbor makes statement: "SHOW TIMMY"!
   I respond: "Let Timmy show you!" Turned around, at that point, and gave her the "Moon".
   → Presiding Judge: Campbell → Neighbor's Mother tells Judge that:
   [boxed: HAD THE OPPORTUNITY IN LAST I.E. CONVICTION (#12) to explain to Campbell that this charge was NOT SEXUAL, + informed him of how I should have had the chance to respond to ~~this~~ immediately.]
   → "Timmy go around just exposing himself all the time."
   → Without any response from me or the opportunity either
   → Campbell sentences me 90 days in jail.
   → My mother appeals: Judge C. Price orders probation.

(10) HARRASS: ~~only~~ 10 days served (the only time ever served in jail besides over-night twice for 2 separate D.U.I. convictions.

(11) D.U.I = Guilty As Charged.

(12) Indecent Exposure: 3rd Conviction
   Accused of exposing myself to a child. Warrant + complaint came from what was known in the neighborhood as the CRACK HOUSE NEXT DOOR. Told CAMPBELL CHARGES WERE FALSE + we didn't have to Appear before the bench (in cham

Your Honor:

Regarding the relativity of this law and it's administering by the county, I have filed a complaint with the United States District Court for the Middle District of Alabama, against my own volition, at first, & now at my own volition.

I pray you will favor a pardon in this case, whether due to the "letter of the law", or even more edifying, that you find me a redoubtable individual.

With Kindness Personal
Regards.
I remain,
Timothy W. Rhodes

Timothy W. Rhodes

Notary: Valencie Foster
Valencie Foster

MY COMMISSION EXPIRES MAY 24, 2010

Note: The post script second reference to the "charges listed" along with the "presumption of law" and the 2ⁿᵈ enclosure are not included.