Affidavit: "Leave to Proceed in forma pauperis."

2:08cv4-MEF

To: The United States District Court for the Middle District of Alabama

From: Timothy Wade Rhodes    RECEIVED

I, Timothy Wade Rhodes, hereby petition the United States District Court for the Middle District of Alabama to forego the filing fee of $350.00 that accompanies the Court's Complaint form, and also request the "Leave to Proceed in 'forma pauperis'" the cost of serving this complaint on each defendant.

2008 JAN 2 A 10:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SCANNED
POR 1.3.08