IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIMOTHY WADE RHODES,              )
                                  )
      Plaintiff,                  )
                                  )
v.                                )    CIVIL ACTION NO.  2:08cv04-MEF
                                  )
MONTGOMERY COUNTY SHERIFF'S       )
DEPARTMENT,                       )
                                  )
      Defendant .                 )

**O R D E R**

The *pro se* plaintiff filed a 42 U.S.C. § 1983 action challenging his registration as a sex offender.  The plaintiff did not file the $350.00 filing fee nor did he submit an original affidavit in support of a motion for leave to proceed *in forma pauperis* with the requisite documentation from which the court could determine whether she should be allowed to proceed *in forma pauperis* in this cause of action.  Accordingly, it is

ORDERED that on or before January 22, 2008, the plaintiff shall file either the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* **or** the $350.00 filing fee.  To aid the plaintiff in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 4th day of January, 2008.

                    _____/s/Charles S. Coody_____
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE