IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WADE RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08CV4-MEF |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*.  (Doc. No. 2.)  Upon consideration of the motion, it is

ORDERED that the motion for leave to proceed *in forma pauperis* be and is hereby GRANTED.

Done this 24th day of January, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE